IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24cr50-CWR-LGI

QUINDON BAILEY JOHN

### GOVERNMENT'S MOTION TO UNSEAL

COMES NOW the United States of America, hereinafter "the Government", requesting that the above styled matter be unsealed and represents the following:

Revealing the existence of the indictment at this time would not jeopardize law enforcement agents and would assist in the prosecution of the case.

WHEREFORE, the Government requests that the Court UNSEAL the above styled matter.

RESPECTFULLY SUBMITTED, this the 7th day of June 2024.

TODD W. GEE
United States Attorney

By: *s/Brian K. Burns*
BRIAN K. BURNS
501 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone: (601) 965.4480
Fax: (601) 965-4409
Mississippi Bar No. 103952
Email: brian.burns@usdoj.gov