IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24cr50-CWR-LGI

QUINDON BAILEY JOHN

### ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL

THIS CAUSE having come on before the Court on motion of the Government to unseal the above styled matter, being fully advised in the premises, finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled matter is hereby unsealed.

SO ORDERED AND ADJUDGED this the 10th day of June, 2024.

                                                s/LaKeysha Greer Isaac
                                                UNITED STATES MAGISTRATE JUDGE