IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                  CRIMINAL NO. 3:24-cr-50-CWR-LGI

QUINDON BAILEY JOHN

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes Todd W. Gee, United States Attorney in and for the Southern District of Mississippi, and respectfully represents:

THAT **QUINDON BAILEY JOHN, DOB XX/XX/2001,** presently in custody of the **Choctaw Detention Center – Choctaw, Desoto County Mississippi**, is a defendant in this cause and his presence is required in the Southern District of Mississippi at Jackson, Mississippi, on **June 25, 2024, at 8:00 a.m.** for certain proceedings in regard to the above-mentioned criminal action wherein he is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue directing the **Choctaw Detention Center – Choctaw, Desoto County Mississippi**, to deliver the body of **QUINDON BAILEY JOHN, DOB XX/XX/2001,** to any United States Marshal, or his deputy, and have him there in this cause beginning on **June 25, 2024, at 8:00 a.m.,** for certain proceedings and thereafter at such times and places as required, it being ordered specifically herein that this Petition shall remain in full force and effect for delivery of the defendant, **QUINDON BAILEY JOHN, DOB XX/XX/2001,** to this Court at proceedings conducted in this cause until the case is disposed of, and thereafter any United States Marshal, or his deputy, shall return the defendant **QUINDON BAILEY JOHN, DOB XX/XX/2001,** to the

**Choctaw Detention Center – Choctaw, Desoto County Mississippi**, aforesaid under safe and

secure conduct.


And your petitioner further prays for such other and further orders as may be necessary in

the premises.

Dated the 12th day of June 2024.


Respectfully submitted,

TODD W. GEE
United States Attorney


By:    *s/Brian K. Burns*_____
       Brian K. Burns
       Assistant U.S. Attorney
       501 East Court Street, Suite 4.430
       Jackson, MS 39201
       Telephone No.: (601) 965-4480
       Facsimile No.: (601) 965-4409
       Mississippi Bar No. 103952